# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

ALEXIS OLIVE                                                                                                  PLAINTIFF

v.                                                                               CIVIL ACTION NO. 3:17-CV-168-DPJ-FKB

MAXUS PROPERTIES, INC.                                                                                       DEFENDANT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), Defendant, Maxus Properties, Inc., states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

This the 5th day of May, 2017.

                                        Respectfully submitted,

                                        MAXUS PROPERTIES, INC.

                                        By its Attorneys,

                                        BAKER DONELSON BEARMAN
                                        CALDWELL & BERKOWITZ, PC

                                        By:    */s/Adria H. Jetton*
                                                     ADRIA H. JETTON

Adria H. Jetton (MSB No. 104094) ajetton@bakerdonelson.com
Jennifer G. Hall (MSB No. 100809) jhall@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, Mississippi  39211-6391
*Telephone*:  (601) 351-2400
*Facsimile*:  (601) 351-2424

## **CERTIFICATE OF SERVICE**

I certify that on this day the Defendant's Corporate Disclosure Statement was filed electronically with the Clerk of the Court using the Court's ECF system, which sent notification to counsel of record.

This, the 5th day of May, 2017.

/s/Adria H. Jetton
ADRIA H. JETTON
